# EXHIBIT A

| | |
|---|---|
| ESTATE OF SYDNEY GREEN<br>C/O: PR: Jay B. Shuster<br>100 Church Lane<br>Baltimore, MD 21208<br><br>　　Plaintiff<br><br>V.<br><br>The Hartford Life & Accident Insurance Co.<br>SO: Maryland Insurance Administration<br>200 St. Paul Street, Ste.2700<br>Baltimore, MD 21202<br><br>　　Defendant | *　IN THE<br><br>*　CIRCUIT COURT<br><br>*　 FOR<br><br>*　BALTIMORE COUNTY<br><br>*<br><br>*　Case no.:<br><br>*<br><br>* |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## COMPLAINT AND REQUEST FOR JURY TRIAL

The Estate of Sydney Green by its Personal Representative and attorney, Jay B. Shuster, sues the Defendant the Hartford Life and Accident Insurance Company, and for cause says:

1. Sydney Green died by accident on June 1, 2019.

2. Before his death he was working for Piedmont Airlines and had accidental death insurance with the Hartford for coverage of $75,000.00.

3. His mother Shunia Eaton made a claim for that insurance coverage and was denied.

4. The Estate made a claim for that insurance coverage and was denied.

WHEREFORE, Plaintiff claims $75,000.00 plus prejudgment interest.

## REQUEST FOR JURY TRIAL

Plaintiff requests a jury trial on this matter.

Jay B. Shuster
700 Church Lane
Baltimore, MD 21208
443-226-2074
jaybshuster@juno.com
CPF: 8105010224